UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

_____ )
                                ) CASE NO. 3:15-cv-180
           Plaintiff, )
                                ) **PRISONER'S**
vs. ) **APPLICATION TO PROCEED**
                                ) **IN FORMA PAUPERIS**
                            Defendant. )
Ronnie Alexander )

I, Ronnie Alexander, declare under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees and costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

IN SUPPORT OF THIS APPLICATION, I PROVIDE THE FOLLOWING INFORMATION:

1.     Are you presently employed?         YES ☐    NO ☒

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer (name and address): _____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary and wages per month which you received. (If you are imprisoned, specify the last place of employment prior to imprisonment.)

2002 at UPS

Salary unknown

_____

1

<tr>
<tr>
<tr>

2. Have you received, within the past twelve (12) months, any money from any of the following sources:

   a. Business, profession or self employment? YES ☐ NO ☒

   b. Income from stocks, bonds or royalties? YES ☐ NO ☒

   c. Rent payments? YES ☐ NO ☒

   d. Pensions, annuities or life insurance payments? YES ☐ NO ☒

   e. Federal or state welfare payments, Social Security or other government source? (YES ☒) NO ☒

If the answer is "yes" to any of the above, describe each source of money and state the amount received from each. _While not incarcerated_
_Social Security for permanent disability  980.00_

3. Are you married? YES ☐ NO ☒

Spouse's Full Name: _____

Spouse's Place of Employment: _____

Spouse's Monthly Salary, Wages or Income:
Gross $_____ Net $_____

4. a. List amount you contribute to your spouse's support: $ _____

   b. List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. Do not include their names.)

_____

_____

5. Do you own or are you buying a home? YES ☐ NO ☒

Estimated Market Value: $_____ Amount of Mortgage: $_____

6. Do you own an automobile? YES ☐ NO ☒

Make _____ Year _____ Model _____

Is it financed? Yes _____ No _____ If so, Total due: $ _____

Monthly Payment: $ _____

PRISONER'S IN FORMA PAUPERIS APPLICATION (Rev. 5/13)

1  7.      Do you have a bank account?                              YES ☐      NO ☒
2  Name(s) and address(es) of bank (do not include account numbers): _____
3  _____
4  _____
5  Present balance(s): $ _____
6  Do you own any cash?              YES ☐   NO ☒   Amount: $ _____
7  Do you have any other assets?     YES ☐   NO ☒
8  If "yes," provide a description of each asset and its estimated market value.
9  _____
10 _____
11 8.      What are your monthly expenses?
12 Rent: $ _____Ø_____  Utilities: _____
13 Food: $ _____Ø_____  Clothing: _____
14 9.      Do you have any charge accounts/credit cards?            YES ☐      NO ☒
15 If yes, list them below. (Do not include account numbers.)
16 Name of Account              Monthly Payment           Total Owed on This Acct.
17 _____          $ _____       $ _____
18 _____          $ _____       $ _____
19 _____          $ _____       $ _____
20 10.     Do you have any other debts? (List current obligations, indicating amounts and to whom
        they are payable. Do not include account numbers.)
21 _____
22 _____
23 11.     Does the complaint you are seeking to file raise claims that have been presented in other
        lawsuits?                                               YES ☐      NO ☒
24
25 If so, please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court
   in which they were filed.
26 _____
27 _____
28 _____

3

*PRISONER'S IN FORMA PAUPERIS APPLICATION (Rev. 5/13)*

1     I consent to prison officials withdrawing from my trust account and paying to the court
2 the initial partial filing fee and all installment payments required by the court.
3     I declare under the penalty of perjury that the foregoing is true and correct and
4 understand that a false statement herein may result in the dismissal of my claims.

1-7-15

DATE                       SIGNATURE OF APPLICANT

*PRISONER'S IN FORMA PAUPERIS APPLICATION (Rev. 5/13)*

Case Number: 3:15-cv-180

# CERTIFICATE OF FUNDS

# IN

# PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of _Alexander, #AU0763_ for the last six months
(Prisoner's name)
_CSP-Solano_ where (s)he is confined.
(Name of Institution)
I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ _39.28_ and the average balance in the prisoner's account each month for the most recent 6-month period was $ _32.19_ .

Dated: _01/09_, 20_15_  Print Name: _Teresa Ayers_
                        Signature: _Teresa Ayers_
                        Authorized Officer of the Institution

Date\Time: 1/9/2015 10:45:52 AM
Institution: SOL

**CDCR**
**Inmate Statement Report**

Verified: _____

| CDCR# | Inmate/Group Name | Institution | Unit | Cell/Bed |
|---|---|---|---|---|
| AU0763 | ALEXANDER, RONNIE | SOL | C 014 1 | 011001 |

**Current Available Balance:** $0.01

### Transaction List

| Transaction Date | Institution | Transaction Type | Source Doc# | Receipt#/Check# | Amount | Account Balance |
|---|---|---|---|---|---|---|
| 07/09/2014 | DVI | BEGINNING BALANCE | | | | $0.00 |
| 08/04/2014 | DVI | INMATE DEPOSIT | SJ CNTY/9793 | 10753 | $45.63 | $45.63 |
| 08/07/2014 | DVI | JPAY | 0000000037275391 | | $60.00 | $105.63 |
| 08/16/2014 | DVI | SALES | 9 | | ($105.63) | $0.00 |
| 09/03/2014 | DVI | JPAY | 0000000038032889 | | $50.00 | $50.00 |
| 09/03/2014 | DVI | RESTITUTION FINE PAYMENT | | | ($25.00) | $25.00 |
| 09/03/2014 | DVI | ADMINISTRATIVE FEE | | | ($2.50) | $22.50 |
| 09/08/2014 | DVI | JPAY | 0000000038197920 | | $50.00 | $72.50 |
| 09/08/2014 | DVI | RESTITUTION FINE PAYMENT | | | ($25.00) | $47.50 |
| 09/08/2014 | DVI | ADMINISTRATIVE FEE | | | ($2.50) | $45.00 |
| 09/09/2014 | DVI | SALES | 49 | | ($44.99) | $0.01 |
| 09/29/2014 | DVI | MEDICAL (ADA / HEALTH SUPPLIES | DVI 92314 | | ($0.01) | $0.00 |
| 10/14/2014 | DVI | JPAY | 0000000039273703 | | $30.00 | $30.00 |
| 10/14/2014 | DVI | RESTITUTION FINE PAYMENT | | | ($15.00) | $15.00 |
| 10/14/2014 | DVI | ADMINISTRATIVE FEE | | | ($1.50) | $13.50 |
| 10/14/2014 | DVI | MEDICAL (ADA / HEALTH SUPPLIES | DVI 92314 | | ($1.49) | $12.01 |
| 10/14/2014 | DVI | SALES | 41 | | ($12.00) | $0.01 |
| 10/23/2014 | DVI | TRACS TRANSFER OUT | TX10232014 | | ($0.01) | $0.00 |
| 10/23/2014 | SOL | TRACS TRANSFER IN | TX10232014 | | $0.01 | $0.01 |

### Encumbrance List

| Encumbrance Type | Transaction Date | Amount |
|---|---|---|

**No information was found for the given criteria.**

### Obligation List

| Obligation Type | Court Case# | Original Owed Balance | Sum of Tx for Date Range for Oblg | Current Balance |
|---|---|---|---|---|

**No information was found for the given criteria.**

### Restitution List

| Restitution | Court Case# | Status | Original Owed Balance | Interest Accrued | Sum of Tx for Date Range for Oblg | Current Balance |
|---|---|---|---|---|---|---|
| RESTITUTION FINE | MF038055 | Active | $300.00 | $0.00 | ($65.00) | $235.00 |



01/09/15

2