Rebecca S. Widen, SBN 219207
Dylan R. Williams, SBN 282123
HAAPALA, THOMPSON & ABERN, LLP
1939 Harrison Street, Suite 800
Oakland, California 94612
Tel:    510-763-2324
Fax:    510-273-8534
E-mail:  rwiden@htalaw.com
          dwilliams@htalaw.com

Attorneys For Defendants
COUNTY OF ALAMEDA, SHERIFF GREGORY J. AHERN,
JAMES MCGRAIL and DEREK THOMS

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

RONNIE ALEXANDER,

          Plaintiff,

    vs.

ALAMEDA COUNTY; GREGORY J.
AHERN (Sheriff), JAMES MCGRAIL
(supervising officer), DEREK THOMS
(acting officer), DOES 1 through 100,

          Defendants.

_____/

Case No.:  C15-00180 EDL (MEJ)

**STIPULATION AND [PROPOSED]
ORDER REGARDING SETTLEMENT OF
CASE**

      The parties hereto, by and through their undersigned counsel, stipulate and agree as follows:

      1.      The parties have reached a binding settlement in this matter, which will become complete once settlement funds have been disbursed and statutory medical liens have been paid. The parties anticipate that this will occur within 90 days.

      2.      The parties jointly request that the case be stayed for 90 days to allow the settlement to be finalized.

      3.      Once the settlement is finalized, the parties will file a stipulation for dismissal with prejudice.

      IT IS SO STIPULATED.

/

/

*Haapala, Thompson & Abern LLP*
*Attorneys At Law*
*Park Plaza Building*
*1939 Harrison St., Suite 800*
*Oakland, California 94612*
*Telephone: 510-763-2324*
*Facsimile: 510-273-8534*

Dated:   December 14, 2015          LAW OFFICES OF JOANNE M. BIERNACKI


By:   */s/ JoAnne M. Biernacki
         JoAnne M. Biernacki
         Attorneys for Plaintiff
         *Ms. Biernacki provided her consent that this
         document be electronically filed.

Dated:   December 14, 2015          HAAPALA, THOMPSON & ABERN, LLP


By:   /s/ Rebecca S. Widen
         Rebecca S. Widen
         Attorneys for Defendants


## **ORDER**

The Court having considered the parties' stipulation, and good cause appearing, IT IS HEREBY ORDERED that this case is stayed for 90 days.  All scheduled deadlines and hearing dates after December 14, 2015 are hereby off calendar.  The parties shall file a stipulation for dismissal of this action, with prejudice, once their settlement is finalized.

Dated:


Magistrate Judge Elizabeth D. Laporte

*Alexander v. Alameda County, et al. /* Case #C15-00180 EDL (MEJ)
Stipulation And [Proposed] Order Regarding Settlement Of Case

Haapala, Thompson & Abern LLP
Attorneys At Law
Park Plaza Building
1939 Harrison St., Suite 800
Oakland, California 94612
Telephone: 510-763-2324
Facsimile: 510-273-8534