UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONNIE ALEXANDER,<br><br>        Plaintiff,<br><br>   v.<br><br>COUNTY OF ALAMEDA, et al.,<br><br>        Defendants. | Case No. 15-cv-00180-EDL<br><br>**ORDER**<br><br>Re: Dkt. No. 39 |

On December 15, 2015, this Court granted the Parties' stipulation to stay this case for 90 days to allow a settlement to be finalized, including disbursement of settlement funds and payment of statutory medical liens. On March 22, 2016, the Parties filed a joint stipulation requesting an additional stay of 150 days to allow "additional time to negotiate and pay the statutory medical liens before the settlement is completed." The Parties do not explain why such a lengthy stay is necessary for the negotiation and payment of statutory medical liens. Accordingly, this case is hereby stayed for an additional 90 days. Absent a showing of good cause that explains the need for additional time, no further continuance of the stay will be granted. Additionally, a case management conference is hereby set for July 6, 2016 at 10:00 a.m. Should the Parties finalize their settlement and file a stipulation to dismiss this action prior to that date, the case management conference will be vacated.

**IT IS SO ORDERED.**

Dated: March 22, 2016

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge