Rebecca S. Widen, SBN 219207
HAAPALA, THOMPSON & ABERN, LLP
1939 Harrison Street, Suite 800
Oakland, California 94612
Tel:    510-763-2324
Fax:    510-273-8534
E-mail:  rwiden@htalaw.com

Attorneys for Defendants
COUNTY OF ALAMEDA, SHERIFF GREGORY J. AHERN,
JAMES MCGRAIL and DEREK THOMS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| RONNIE ALEXANDER,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>ALAMEDA COUNTY; GREGORY J. AHERN (Sheriff), JAMES MCGRAIL (supervising officer), DEREK THOMS (acting officer), DOES 1 through 100,<br><br>　　　　　Defendants. | Case No.: 3-15-cv-00180 EDL<br><br>**UPDATED JOINT CASE MANAGEMENT STATEMENT AND [PROPOSED] ORDER**<br><br>Date:　　　July 6, 2016<br>Time:　　　10:00 a.m.<br>Courtroom:　Courtroom E - 15th Floor |

The parties to the above-entitled action jointly submit this updated Case Management Statement.

1.  The parties have reached a binding settlement in this matter, which will become complete once statutory medical liens have been satisfied by Plaintiff. Plaintiff's counsel has resolved the attached Medicare lien (Exhibit A – waiver letter). Plaintiff's counsel has not been able to resolve all of the medical liens because she became aware after the Medicare lien was waived that a Medi-Cal lien may exist as well, and such possible lien needs to be waived or reduced. In response to Plaintiff's Medi-Cal claim info submitted online per the attached Exhibit B, on April 12, 2016, Plaintiff's counsel received a letter from Medi-Cal in May 2016 incorrectly assuming Plaintiff's Counsel JoAnne Biernacki was the claimant and not Ronnie Alexander. Since that time, Plaintiff's counsel has not been able to address the error on behalf of Medi-Cal because she has been on medical leave for various conditions and has just returned to her practice full time. Plaintiff requires additional time to negotiate and pay the statutory

1

*Alexander v. Alameda County, et al.* / Case #3-15-cv-00180 EDL
Updated Joint Case Management Statement And [Proposed] Order

medical liens before the settlement is completed.  Plaintiff's counsel anticipates that this will occur within another 90 days.

    2.    The parties jointly request that the case be stayed for another 90 days to allow the settlement to be finalized.

    3.    Once the settlement is finalized, the parties will file a stipulation for dismissal with prejudice.

Dated:  June 30, 2016    HAAPALA, THOMPSON & ABERN, LLP

By:   /s/ Rebecca S. Widen
      Rebecca S. Widen
      Attorneys for Defendants

Dated:  June 30, 2016    LAW OFFICES OF JOANNE BIERNACKI

By: */s/ JoAnne M. Biernacki
      JoAnne M. Biernacki
      Attorney for Plaintiff
      *Ms. Biernacki gave her consent to e-file this document

## ORDER

The case is stayed for 90 days to allow finalization of the parties' settlement, as stated above.  The parties shall file a stipulation for dismissal with prejudice when the settlement is complete. Further continuances will be granted only with a showing of good cause.

Dated: July 5, 2016                                      
Magistrate Judge Elizabeth D. Laporte

Haapala, Thompson & Abern LLP
Attorneys At Law
Park Plaza Building
1939 Harrison St., Suite 800
Oakland, California 94612
Telephone: 510-763-2324
Facsimile: 510-273-8534

2
*Alexander v. Alameda County, et al.* / Case #3-15-cv-00180 EDL
Updated Joint Case Management Statement And [Proposed] Order