JoAnne M. Biernacki, SBN 277088
LAW OFFICES OF JOANNE M. BIERNACKI
3941 Park Drive Suite 20 # 166
El Dorado Hills , CA 95762
Tel:     925-956-3463
Fax:    530-350-2643
E-mail:  lawyerjb@outlook.com

Attorneys For Plaintiff
RONNIE ALEXANDER

Rebecca S. Widen, SBN 219207
HAAPALA, THOMPSON & ABERN, LLP
1939 Harrison Street, Suite 800
Oakland, California 94612
Tel:     510-763-2324
Fax:    510-273-8534
E-mail:  rwiden@htalaw.com

Attorneys For Defendants
COUNTY OF ALAMEDA, SHERIFF GREGORY J. AHERN,
JAMES MCGRAIL and DEREK THOMS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| RONNIE ALEXANDER, | Case No.:  3-15-cv-00180 EDL |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE** |
| vs. | |
| ALAMEDA COUNTY; GREGORY J. AHERN (Sheriff), JAMES MCGRAIL (supervising officer), DEREK THOMS (acting officer), DOES 1 through 100, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Plaintiff RONNIE ALEXANDER, and

Defendants COUNTY OF ALAMEDA, SHERIFF GREGORY J. AHERN, JAMES MCGRAIL

and DEREK THOMS, through their designated counsel, that the above-captioned action be and

hereby is dismissed with prejudice, pursuant to FRCP 41(a).

/

/

/

1

*Alexander v. Alameda County, et al.* / Case #3-15-cv-00180 EDL
Stipulation and [Proposed] Order of Dismissal With Prejudice

The parties shall be responsible for the payment of their own court costs and attorneys' fees.

Dated:   October 4, 2016

          LAW OFFICES OF JOANNE M. BIERNACKI

          By:   /s/ JoAnne M. Biernacki
                  JoAnne M. Biernacki
                  Attorneys for Plaintiff

Dated:   October 4, 2016

          HAAPALA, THOMPSON & ABERN, LLP

          By:   */s/ Rebecca S. Widen
                  Rebecca S. Widen
                  Attorneys for Defendants
                  *Ms. Widen provided her consent that this
                  document be electronically filed.

## **ORDER**

The Court having considered the parties' stipulation, and good cause appearing,

IT IS HEREBY ORDERED that this action shall be dismissed with prejudice in its entirety, with both sides bearing their own court costs and attorneys' fees.

Dated:

                  Magistrate Elizabeth D. Laporte

*Alexander v. Alameda County, et al.* / Case #3-15-cv-00180 EDL
Stipulation and [Proposed] Order of Dismissal With Prejudice